**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000747
04-JAN-2023
08:06 AM
Dkt. 10 ODSLJ

NO. CAAP-22-0000747

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
NOE RAQUINIO, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CPC-22-0000941)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Hiraoka, Presiding Judge, McCullen and Chan, JJ.)

Upon review of the record, it appears that self-represented Defendant-Appellant Noe Raquinio appeals from the Circuit Court of the Third Circuit's "decision and order" purportedly entered on December 19, 2022. We conclude that the court lacks jurisdiction over the appeal because no order was entered on December 19, 2022, and the circuit court has not entered a judgment in the underlying proceeding. Hawaii Revised Statutes § 641-11 (2016); see State v. Nicol, 140 Hawaiʻi 482, 486, 403 P.3d 259, 263 (2017).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.

DATED: Honolulu, Hawaiʻi, January 4, 2023.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge